**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-17-0000618
12-JUN-2018
09:14 AM**

NO. CAAP-17-0000618

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

IN THE ESTATE OF
ROBERT EDWARD CAPPS, aka ROBERT E. CAPPS,
aka ROBERT CAPPS, Deceased.

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(P. NO. 14-1-0214 (Formal))

ORDER GRANTING THE MAY 8, 2018
STIPULATION TO DISMISS APPEAL
(By: Ginoza, Chief Judge, Leonard, and Reifurth, JJ.)

Upon consideration of the Stipulation to Dismiss
Appeal, filed May 8, 2018, by Respondent-Appellant William Brian
Cullifer, the papers in support, and the record, it appears that
(1) the appeal has not been docketed; (2) pursuant to Hawaiʻi
Rules of Appellate Procedure Rule 42(a), the parties stipulate to
dismiss the appeal with prejudice and bear their own attorneys'
fees and costs; and (3) the stipulation is dated and signed by
counsel for all parties appearing in the appeal.

Therefore, IT IS HEREBY ORDERED that the stipulation to dismiss the appeal is approved, and the appeal is dismissed with prejudice. The parties shall bear their own attorneys' fees and costs.

DATED: Honolulu, Hawai'i, **June 12, 2018.**


Chief Judge


Associate Judge


Associate Judge